UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 11, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EBERARDO MENDEZ,

Defendant.

Case No. 2:18-mj-00079-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EBERARDO MENDEZ</u> Case No. <u>2:18-mj-00079-CKD</u> Charges <u>21 USC § 841(a)(1), 846</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ 25,000 co-signed by Arlene Mendez

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

__X__   (Other): <u>Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on April 10, 2018 at 2:00 PM

By: *[signature]*

Magistrate Judge Kendall J. Newman