Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 711
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
EBERARDO MENDEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EBERARDO MENDEZ,<br><br>    Defendant. | Case No.: 2:18-CR-0081 TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITION OF PRE TRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Eberardo Mendez, and Timothy Delgado, Assistant United States Attorney, that the following condition be added to Defendant's Special Conditions of Release (ECF Dkt. No. 11) as #12:

"12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Pretrial Services Officer Steve Sheehan does not oppose the request and stipulation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIUPULATED

1

**Stipulation For Modification of Pretrial Release Condition**

Dated: April 17, 2018	Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
EBERARDO MENDEZ

Dated: April 17, 2018	/s/ Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Condition**

**[~~PROPOSED~~] ORDER**

Based upon the foregoing stipulation of the parties and with no opposition from the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above. The Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: May 8, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Condition**

## MODIFIED SPECIAL CONDITIONS OF RELEASE

Re: Mendez, Eberardo
No.: 2:18-MJ-0079 CKD
Date: April 11, 2018 (original)
Date: April 17, 2018 (modified)

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

6. You must seek and/or maintain verifiable employment and provide proof of same as requested by your pretrial services officer;

7. You must refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You must not associate or have any contact with any named co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

**Stipulation For Modification of Pretrial Release Condition**

11. You must not sell or encumber your residence without the prior approval of Pretrial Services.

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

**Stipulation For Modification of Pretrial Release Condition**