Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 625
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
EBERARDO MENDEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>EBERARDO MENDEZ,<br><br>      Defendant. | Case No.: 2:18-CR-0081 TLN<br><br>**STIPULATION AND ORDER TO CHANGE DEFENDANT'S REPLY BRIEF DUE DATE** |

  IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Eberardo Mendez, and Timothy Delgado, Assistant United States Attorney, that the due date for defendant's reply brief (to government's opposition to defendant's motion to disclose), previously set for January 31, 2019, shall be no later than February 7, 2019.

  Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order change the due date for defendant's reply brief.

  IT IS SO STIUPULATED

Dated:  February 1, 2019        Respectfully submitted,

                   /s/ Etan Zaitsu
                   ETAN ZAITSU
                   Attorney for Defendant
                   EBERARDO MENDEZ

**Stipulation To Change Reply Brief Due Date**

Dated: February 1, 2019          /s/ Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of February, 2019

_____
Troy L. Nunley
United States District Judge

**Stipulation To Change Reply Brief Due Date**