1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

EBERARDO MENDEZ,

                Defendant.

Case No.: 2:18-CR-00081-TLN

**ORDER**

      Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant Eberardo Mendez's ("Defendant") Request to Seal, IT IS HEREBY ORDERED that Defendant's "Exhibit 1: Relevant Kaiser Medical Records of Eberardo Mendez," attachment to Defendant's "Additional Formal Objections," pertaining to Defendant's medical records, shall be SEALED until further order of this Court.

      It is further ordered that access to the sealed documents shall be limited to the counsel for Defendant, the U.S. Attorney's Office, and Pretrial Services.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that,

for the reasons stated in Defendant's request, sealing the Defendant's documents serves a compelling interest.

      IT IS SO ORDERED.

DATED: June 15, 2020

                                          Troy L. Nunley
                                          United States District Judge