Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
EBERARDO MENDEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EBERARDO MENDEZ,<br><br>　　　　　　　Defendant. | Case No.: 2:18-CR-00081 TLN<br><br>**STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE** |

### STIPULATION

Defendant Eberardo Mendez, by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, Defendant was ordered to self-surrender to the designated prison before 2:00 p.m. on August 13, 2013. Dkt. #142.

2. The Bureau of Prisons has since designated FCI Florence, in the state of Colorado as the prison for Defendant's self-surrender.

3. By this stipulation, the parties now move to extend Defendant's self-surrender date to September 1, 2020 before 2:00 p.m.

1

**Stip. & Order to Extend Defendant's Self-Surrender Date**

3. This extension of time will ensure that the prison has enough time to address its Covid-19 infections, and also allow the defendant to adequately put his and his family's finances in order prior to defendant's self-surrender date.

IT IS SO STIPULATED

Dated: July 30, 2020
/s/ *Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
EBERARDO MENDEZ

Dated: July 30, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ *Rachel Muoio*
RACHEL MUOIO
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of July, 2020.

_____
Troy L. Nunley
United States District Judge